An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ZHENGXU HE AND YING FANG,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
BRENT T. ADAMS,
Respondents,
and
COLLECTION SERVICES OF NEVADA,
Real Party in Interest.

No. 61931

FILED

JUL 24 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING WRIT PETITION

This petition for a writ of mandamus or certiorari challenges a district court order affirming a justice court order denying a motion for costs and attorney fees.

Writs of mandamus and certiorari are extraordinary remedies, and the decision to entertain such a petition is within our discretion. *Vill. League To Save Incline Assets, Inc. v. State, Bd. of Equalization*, 124 Nev. 1079, 1085, 194 P.3d 1254, 1258 (2008). Petitioners Zhengxu He and Ying Fang bear the burden of demonstrating that our intervention by way of extraordinary relief is warranted. *Club Vista Fin. Servs. v. Eighth Judicial Dist. Court*, 128 Nev. ___, ___, 276 P.3d 246, 249 (2012). This court will not issue a writ if the petitioner has a plain, speedy, and adequate remedy in the ordinary course of law. NRS 34.020(2); NRS 34.170; *see also Club Vista*, 128 Nev. at ___, 276 P.3d at 249.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21785

Having reviewed this petition and its supporting documentation, we are not persuaded that our intervention is warranted as petitioners failed to demonstrate that the district court manifestly abused its discretion in resolving attorney fees and costs. *See* NRS 34.020(2) (certiorari); NRS 34.160 (mandamus); *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981). Accordingly, we

ORDER the petition DENIED.



_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Brent T. Adams, District Judge
Watson Rounds
William A. Byrd
Washoe District Court Clerk